## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Emilee Schofield

                          Plaintiff,

v.                                                    Case No.: 1:25–cv–12137
                                                      Honorable John F. Kness

Aldi, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 11, 2026:

        MINUTE entry before the Honorable Albert Berry III: Plaintiff's Motion to Reschedule [18] is granted. The pre–settlement conference set for 3/11/26 is stricken and rescheduled for 3/17/26 at 10:00am. Instructions will be emailed to counsel. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.